# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-0944-DMS |
| Plaintiff, | JUDGMENT AND<br>**ORDER GRANTING MOTION AND DISMISSING INFORMATION** |
| v. | |
| MARVIN ARGUETA-BARRERA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information in the above-entitled case without prejudice.

**IT IS SO ORDERED.**

Dated: June 23, 2017

Hon. Dana M. Sabraw
United States District Judge